UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTYL WILLIAMS, *et al.*,<br>Plaintiffs,<br>v.<br>SIERRA COUNTY, *et al.*,<br>Defendants. | Case No. 2:26-cv-2596-TLN-JDP (PS)<br><br>ORDER |

Plaintiffs, proceeding in pro se, have requested leave to proceed *in forma pauperis* and have submitted affidavits in support of their applications, as required by 28 U.S.C. § 1915(a)(1). ECF Nos. 2 & 3.

Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). This court also requires a $55 administrative fee. The court may authorize the commencement of an action without prepayment of fees and costs or security, by a person who submits an affidavit showing that he is unable to pay such costs or give security. 28 U.S.C. § 1915(a)(1). An *in forma pauperis* applicant must demonstrate that because of his or her poverty, he or she cannot meet court costs and still provide herself and her dependents with the necessities of life. *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004) (affidavit is sufficient if it represents that the litigant is "unable to pay for the court fees and costs, and to provide necessities for himself and his dependents") (citing *Adkins v.*

*E.I. Du Pont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948).

Plaintiffs' applications, though, are incomplete such that the court cannot assess plaintiffs' ability to pay the filing fee. In plaintiff both applications, plaintiffs state that they have not received income from any source within the last twelve months and that they have $0 in their checking account. ECF No. 2 at 1; ECF No. 3 at 1. However, the remainder of both applications is blank. *See* ECF Nos. 2 & 3. Even though plaintiffs "need not be completely destitute to proceed IFP," *see Blount v. Saul*, No. 21-cv-0679-BLM, 2021 WL 1561453, at *1 (S.D. Cal. Apr. 21, 2021), a court should deny IFP status when applicants are "unable, or unwilling, to verify their poverty," *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981).

Accordingly, I will deny both motion but provide plaintiffs with fourteen days to file complete applications. Failure to do so may result in a recommendation that this action be dismissed.

Accordingly, it is hereby ORDERED that:

1. Plaintiffs' applications to proceed *in forma pauperis*, ECF Nos. 2 & 3, are DENIED.

2. Plaintiffs shall file completed *in forma pauperis* applications within twenty-one days the date of this order.

3. Failure to do so may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: August 25, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE